## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, I caused the Order of Initial Conference in Case No. 16-CV-9218 to be served by First Class Mail upon the following Defendant:

**BOB'S DISCOUNT FURNITURE OF NY, LLC**
428 Tolland Turnpike
Manchester, CT 06042

C.K. Lee, Esq.